FILED

2025 Feb-12 PM 04:10
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

| | | |
|---|---|---|
| GERALD ELLIS HERRIN, by and<br>through his wife and next friend,<br>ANA LUISA HERRIN, and ANA<br>LUISA HERRIN, individually,<br><br>Plaintiffs,<br><br>v.<br>of<br>KURT RUSSELL ALYEA, individually;<br>ANNETT HOLDINGS, INC. d/b/a TMC<br>TRANSPORTATION, a corporation,<br>et al.,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No:<br>Removed from the Circuit Court<br>Morgan County, Alabama:<br>CV-2024-900590.00 |

## AFFIDAVIT OF KURT RUSSELL ALYEA

Before me the undersigned Notary Public, in and for said County and State, personally

came and appeared Kurt Russell Alyea, who upon oath says as follows:

1.    My name is Kurt Russell Alyea.  I am over the age of twenty-one (21), of sound

mind and have personal knowledge of the facts and matters stated in this, my Affidavit.

2.    I am named as a Defendant in the above-referenced lawsuit.

3.    I was served with the Summons and Complaint in this matter on January 14,

2025.

4.    At the time of the accident made the basis of this lawsuit, I was a resident citizen

of the State of Indiana, and I have been a resident citizen of the State of Indiana continuously

since then.  At the time of the subject automobile accident and at all times since then, I have

not been a resident citizen of any other State.

1

FURTHER THE AFFIANT SAYETH NOT.

Given under my hand and seal this 11 day of February, 2025.

X _Kurt Alqua_

SWORN TO AND SUBSCRIBED before me this 11 day of February, 2025.

ANNA KAY MONTGOMERY
Commission Number: NP0736795
My Commission Expires
10/13/2029

Notary Public

My Commission Expires: 10/13/2029