## IN THE UNITED STATES DISTRICT CIRCUIT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **ANA LUISA HERRIN, in her capacity** | ) | |
| **As the Personal Representative of** | ) | |
| **The Estate of GERALD ELLIS HERRIN,** | ) | |
| **and  ANA LUISA HERRIN, Individually,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NUMBER** |
| | ) | **5:25-CV-237-CLM** |
| | ) | |
| **KURT RUSSELL ALYEA,** | ) | |
| **ANNETT HOLDINGS, INC. d/b/a** | ) | |
| **TMC TRANSPORTATION, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF SERVICE

Take notice that the undersigned has served upon the Defendants in this matter, the following:

1. Rules 26(a)(1) Initial Disclosures of Plaintiffs.

/s/ Mark A. Jackson_____
**MARK A. JACKSON (JAC044)**
**MILLER JACKSON (JAC141)**
**Attorneys for Plaintiffs**
**525 Madison Street SE, Suite 202**
**Huntsville, Alabama 35801**
**Telephone: (256)533-5306**
**Email: mark@jacksonlegalteam.com**
                **miller@jacksonlegalteam.com**

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon Jud Stanford, HALL BOOTH SMITH PC, 2001 Park Place North, Suite 870, Birmingham, AL 35203, via e-filing, via email transmission to jstanford@hallboothsmith.com and/or by placing a copy of same in the U. S. Mail, postage prepaid and properly addressed this 2ND day of April, 2025.


**s/Mark A. Jackson**
**MARK A. JACKSON**