IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| GERALD ELLIS HERRIN, by and through his wife and next friend, ANA LUISA HERRIN, and ANA LUISA HERRIN, individually, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No. 5:25-cv-237-CLM |
| KURT RUSSELL ALYEA, individually; ANNETT HOLDINGS, INC. d/b/a TMC TRANSPORTATION, a corporation, et al., | ) ) ) ) ) | |
| Defendants. | ) ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs, Gerald Ellis Herrin, by and through his wife and next fried, Ana Luisa Herrin and Ana Luisa Herrin-individually, and Defendants, Kurt Russell Alyea and Annett Holdings, Inc. d/b/a TMC Transportation, pursuant to Fed. R. Civ. P. 41, and hereby jointly request this Honorable Court dismiss all Plaintiffs' claim against all Defendants with prejudice, with the Parties to bear their own attorney's fees, costs and expenses.

Respectfully submitted this the 30th day of October 2025.

/s/ Mark A. Jackson
MARK A. JACKSON
Attorney for Plaintiffs
525 Madison Street SE, Suite 20
Huntsville, Alabama 35801
Telephone: (256)-533-5306
Email: mark@jacksonlegalteam.com

/s/ Jud C. Stanford
JUD C. STANFORD
Attorney for Defendants
Quintairos, Prieto, Wood & Boyer, P.A.
One Perimeter Park South, Suite 100N
Birmingham, Alabama 35243
Telephone: (205)-578-7980
Email: Jud.Stanford!qpwblaw.com