FILED
2025 Oct-30 PM 02:37
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| **GERALD ELLIS HERRIN, by and through his wife and next friend, ANA LUISA HERRIN, and ANA LUISA HERRIN, individually,** | ) ) ) ) ) |
| **Plaintiffs,** | ) ) |
| **v.** | ) **Case No. 5:25-cv-237-HDM** ) |
| **KURT RUSSELL ALYEA, individually; ANNETT HOLDINGS, INC. d/b/a TMC TRANSPORTATION, a corporation, et al.,** | ) ) ) ) ) |
| **Defendants.** | ) |

## CLERK'S MINUTE ENTRY OF STIPULATED DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties jointly stipulated to the dismissal of all claims in this action **WITH PREJUDICE,** (Doc. 16), with each party bearing their own costs and fees.  At the direction of the Court, this case is **CLOSED**.

DATED this 30th Day of October, 2025.

GREER M.  LYNCH, CLERK

By: _A. Ingleright_

Deputy Clerk